UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GINETTE SAMSON,                                           CIVIL NO. 11-3463 (DSD/JSM)

    Plaintiff,

v.                                                                                    ORDER

UNITED STATES GOVERNMENT, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 2, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED AS MOOT**; and

2.    This action is summarily **DISMISSED**, without prejudice, because Plaintiff's complaint fails to state a cause of action on which relief can be granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 26, 2012

                                            s/David S. Doty
                                            DAVID S. DOTY
                                            United States District Judge